IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TERESA REGISTER, | |
| Plaintiff, | |
| v. | CV 616-142 |
| WILLIAM TRAPNELL, individually and in his official capacity as Mayor of the City of Metter, CHIEF MACK SECKINGER, individually and in his official capacity as Metter Police Chief, OFFICER HUGH GORDON, individually and in his official capacity as a Metter Police Officer, OFFICER JOHNNY CARTER, individually and in his official capacity as a Metter Police Officer, and COURTLAND HARRIS, individually and in his official capacity as a Jailer at the Candler County Sheriff's Department, | |
| Defendants. | |

## ORDER

Presently before the Court is the parties' joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 7.) Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of March, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA